IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

DORIS JAUREGUI, § 
 § 
 Plaintiff, § 
 § 
VS. § NO. 4:09-CV-575-A
 § 
MICHAEL J. ASTRUE, § 
COMMISSIONER OF SOCIAL § 
SECURITY, § 
 § 
 Defendant. § 

ORDER

Came on for consideration the above-captioned action wherein Doris Jauregui is plaintiff and Michael J. Astrue, Commissioner of Social Security, is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for disability insurance benefits under Title II, and supplemental security income benefits under Title XVI, of the Social Security Act. On December 3, 2010, the United States Magistrate Judge issued his proposed findings and conclusions and his recommendation, and granted the parties until December 24, 2010, in which to file and serve objections. Neither party filed an objection. After studying the filings of the parties, the magistrate judge's proposed findings and conclusions, and the applicable legal authorities, the court has decided to adopt the

Magistrate Judge's proposed findings and conclusions and accept his recommendation.

Therefore,

The court ORDERS that the decision of defendant that plaintiff was not entitled to disability insurance benefits under Title II, and supplemental security income benefits under Title XVI, of the Social Security Act be, and is hereby, affirmed.

SIGNED December 28, 2010.

_____
JOHN McBRYDE
United States District Judge